UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Shuronda Jett
                                       Plaintiff,

v.                                                            Case No.: 1:19–cv–03936
                                                                        Honorable Thomas M. Durkin

Manchester Knolls Cooperative, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 7, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. Settlement reached. Confidential terms of settlement placed on the record under seal. The matter is set for a status hearing with the magistrate judge on 12/03/19 at 9:00 a.m. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.