# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Shuronda Jett

                                      Plaintiff,

v.                                                       Case No.: 1:19−cv−03936
                                                                  Honorable Thomas M. Durkin

Manchester Knolls Cooperative, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: At the request of plaintiff, this action is hereby dismissed without prejudice with leave to move to reinstate on or before February 6, 2020. Absent a timely filed motion to reinstate or extend the time in which to reinstate, this dismissal will become final with prejudice on February 7, 2020 without further order of the Court. The January 8, 2020 status hearing is stricken. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.